FILED

08/31/2023

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 23-0199

## IN THE SUPREME COURT OF THE STATE OF MONTANA

| IN THE MATTER OF THE ESTATE OF: | DA 23-0199 |
|---|---|
| LYLE JAMES HEAVY RUNNER, | **ORDER GRANTING UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE RESPONSE BRIEF** |
| Deceased. | |

Upon consideration of Appellee Nakoa Heavy Runner's Unopposed Motion for Extension of Time to File Response Brief, and good cause appearing, IT IS HEREBY ORDERED that Appellee shall have up to and including October 5, 2023 to file his Response Brief.

ELECTRONICALLY SIGNED AND DATED BELOW

Electronically signed by:
Bowen Greenwood
Clerk of the Supreme Court
August 31 2023